## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

MARIA L. HERRERA McCONNELL                                          Plaintiff

v.                              4:07CV01215 HDY

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration,                                            Defendant

### JUDGMENT

Pursuant to the Order filed in this matter this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and that Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED.

DATED this ___26___ day of January, 2009.

_____
UNITED STATES MAGISTRATE JUDGE